IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOR THE FOURTH DIVISION

---

LISEC America Inc.,

Plaintiff,

COURT FILE NO. 00-CV-2255 PAM/JGL

v.

Qwest Corporation, Inc., and
Hamed Sajjadi,

Defendants.

**STIPULATION, MOTION AND ORDER TO EXTEND TIME**

---

Plaintiff LISEC America Inc. and Defendant Qwest Corporation, Inc. ("Qwest") through their undersigned attorneys and Defendant Hamed Sajjadi ("Sajjadi") hereby stipulate and agree that Defendants Qwest and Sajjadi shall have to and including Thursday, November 30, 2000 in which to answer or otherwise respond to the Amended Complaint filed herein on October 20, 2000.

The parties jointly move the Court for an Order extending the time allowed for Defendants' response.

**MOSS & BARNETT**
**A Professional Association**

Dated: November 9, 2000

By Thomas R. Sheran
Thomas R. Sheran (#1002'3)
4800 Norwest Tower, 90 South Seventh Street
Minneapolis, Minnesota 55402-4129
Telephone: 612/347-0255
Facsimile: 612/339-6686

**Attorneys for Plaintiff LISEC America Inc.**

FILED NOV 13 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

375885/1

**QUEST COMMUNICATIONS, INC.,**

Dated: November ___, 2000

By: ____________________
Karen DuWaldt (Attorney ID# ____________)
1801 California Street, 38th Floor
Denver CO 80202
Telephone: 303/672-2756
Facsimile: 303/295-1912

Dated: November 7th, 2000

____________________
Hamed Sajjadi

**QWEST CORPORATION, INC.**

Dated: November 9, 2000

By: __________________________

Jason Topp (Attorney ID# 232166)
200 S. 5th Street, Suite 395
Minneapolis, MN 55402
Telephone: 612/672-8905
Facsimile: 612/672-8911

**ORDER**

Pursuant to the foregoing Stipulation and Joint Motion of the parties, it is hereby ordered that Defendants shall have to and including November 30, 2000 in which to answer or otherwise respond to the Amended Complaint.

MAGISTRATE JUDGE OF U.S. DISTRICT COURT

Dated: November 13, 2000

JONATHAN G. LEBEDOFF